### Thom *v.* Solenberger and Another.

APPEAL from the *Howard* Circuit Court.

*Per Curiam.*—In this case, though various errors are as-

signed, the record fails to show that any proper exception was taken to the rulings of the Court below.

The judgment is affirmed with costs.

*H. P. Biddle* and —— *Brouse*, for the appellant.